STATE OF CONNECTICUT *v.* JAMES SERVELLO

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 88, is denied.

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* deputy assistant state's attorney, in opposition.

Decided June 22, 1988

PARK CITY HOSPITAL *v.* CONNECTICUT COMMISSION ON HOSPITALS AND HEALTH CARE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 14 Conn. App. 413, is granted, limited to the issue: "Did the Appellate Court err in affirming the trial court's suo motu dismissal of the plaintiff's appeal for lack of aggrievement as an incident to the plaintiff's application for a stay of execution?"

*Sigmund L. Miller,* in support of the petition.

*Paul J. Lahey,* assistant attorney general, and *Arnold Sbarge,* in opposition.

Decided June 22, 1988

STATE OF CONNECTICUT *v.* DANA R. TRACY

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 451, is denied.

*Brian M. O'Connell,* in support of the petition.

Decided June 28, 1988